## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Smart & Company, Inc., | Civil No. 08-5079 (DWF/RLE) |
| Plaintiff, | |
| v. | **ORDER GRANTING SPECIAL PERMISSION FOR APPEARANCE OF COUNSEL** |
| Food Systems Global Company Limited, | |
| Defendant. | |

_____

Michael T. Andrews, Esq., Michael S. Raum, Esq., and Sidney J. Spaeth, Esq., Vogel Law Firm, counsel for Plaintiff.

Joseph A. Wetch, Jr., Esq., Serkland Law Firm, counsel for Defendant.

_____

## ORDER

1. Pursuant to Local Rule 83.5(a), attorney F. Scott LeRoy is hereby granted special permission to appear in this matter on behalf of defendant Food Systems Global Company Limited for a hearing to be held before this Court on September 22, 2008, although said attorney is not a member of the bar of this District, and although said attorney has not been granted *pro hac vice* status pursuant to Local Rule 83.5(d).

2. This special permission for the appearance of counsel in the instant case is granted upon the condition that attorney F. Scott LeRoy associate with an active Minnesota resident member in good standing on the bar of this Court, in that manner

contemplated by Local Rule 83.5(d), for all future proceedings in this case.

Dated:  September 19,2008          s/Donovan W. Frank
                                   DONOVAN W. FRANK
                                   Judge of United States District Court